FILED
AUG 1 4 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

(HON. GORDON THOMPSON)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER ORDAZ-GONZALEZ,<br><br>Defendant. | Case No. 14 CR 1321 GT<br><br>ORDER TO CONTINUE<br>SENTENCING HEARING |

GOOD CAUSE APPEARING, it is hereby ordered the sentencing hearing be continued from August 18, 2014 to September 11, 2014, at 9:30 a.m.

SO ORDERED,

Dated: 8-14-14

HON. GORDON THOMPSON, JR.
United States District Judge

1