**FILED**

AUG 1 4 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

(HON. GORDON THOMPSON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14 CR 1321 GT |
| Plaintiff, | ORDER TO UNSEAL FORENSIC PSYCHOLOGICAL EVALUATION |
| v. | |
| JAVIER ORDAZ-GONZALEZ, | |
| Defendant. | |

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

GOOD CAUSE APPEARING, it is hereby ordered the forensic psychological evaluation filed under seal in Case Number 12 CR 3803IEG be unsealed for the limited purpose of providing copies of the evaluation to this court, defense counsel Kathryn A. Thickstun, and AUSA Lara Stingley.

SO ORDERED,

Dated: 8-14-14

HON. GORDON THOMPSON, Jr.
United States District Judge

1